356 A.2d 742

**COMMONWEALTH of Pennsylvania**

v.

**James Willis MIZELL, Appellant.**

Supreme Court of Pennsylvania.

May 12, 1976.

Joshua M. Briskin, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

In accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) and this Court's decisions in *Commonwealth v. Greer*, 455 Pa. 106, 314 A.2d 513 (1974) and *Commonwealth v. Jones*, 451 Pa. 69, 301 A.2d 811 (1973), appellant's counsel is hereby ordered to submit a brief on behalf of appellant that complies with the above constitutional mandates and to provide appellant with a copy of the brief. After the filing of a brief in conformity with *Anders, Greer* and *Jones*, supra, appellant's counsel then may seek leave of this Court to withdraw as defense counsel.